IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>RICHARD ROARK and<br>JORGE RIVERA<br><br>Defendants | CRIMINAL 05-0041CCC |

**O R D ER**

Having considered the Motions Requesting Discovery filed by defendants Richard Roark and Jorge Rivera (**docket entries 70 & 77**), the United States' Consolidated Response (**docket entry 78**), and the replies to the Consolidated Response filed by defendants Rivera (**docket entry 79**) and Roark (**docket entry 80**), the Court RULES as follows:

- the request for production of the Immigration and Customs Enforcement Policy Manual is MOOT, given the government's representation that it has been produced to defendants.

- the requests for production of any documents relating to the separate grand jury investigation on defendants' financial background is DENIED.

- the request for the disclosure of FBI 302s and Reports of Investigation prepared as a result of debriefings of government witness Roberto de los Santos is GRANTED, but limited only to the production of the portions of those 302s and Reports of Investigations of witness de los Santos which describe any prior bad acts of said witness, which shall be disclosed to defendants by MAY 12, 2006.

SO ORDERED.

At San Juan, Puerto Rico, on April 28, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge